PEOPLES TRUST COMPANY OF BERGEN COUNTY, A NEW JERSEY CORPORATION, PLAINTIFF-RESPONDENT, v. SAUL KOZUCK AND ELAINE KOZUCK, HIS WIFE, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued September 30, 1968—Decided October 7, 1968.

Before Judges GOLDMANN, KOLOVSKY and CARTON.

*Mr. Saul Kozuck,* appellant, argued the cause *pro se.*

*Mr. John B. Hall* argued the cause for respondent (*Mr. Leon E. Kreiger,* attorney).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed by Judge Botter, whose opinion appears in 98 *N. J. Super.* 235 (*Law Div.* 1967).